## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| DARIEN HOUSER, | : No. 166 EM 2014 |
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA ET AL, | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are **DENIED**.